

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00118-CV

Jesus **VIRLAR**, M.D. and GMG Health Systems Associates, P.A., a/k/a and d/b/a Gonzaba Medical Group,
Appellants

v.

Jo Ann **PUENTE**,
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-04936
Honorable Norma Gonzales, Judge Presiding

BEFORE THE EN BANC COURT[1]

In accordance with this court's opinion of this date, the portion of the trial court's judgment awarding damages for future loss of earning capacity is MODIFIED to reflect that Appellee Jo Ann Puente recover damages from appellants in the amount of $880,429.00. As modified, the portion of the trial court's judgment awarding damages for future loss of earning capacity is AFFIRMED. We do not disturb any other damages awarded by the jury. Further, the judgment of the trial court is REVERSED IN PART and this cause is REMANDED for the trial court (1) to conduct an evidentiary hearing on any benefit received by Puente from C.P.'s settlement with the hospital pursuant to *Utts v. Short*, 81 S.W.3d 822 (Tex. 2002), and apply any appropriate settlement credit, if any, and (2) to sign a new judgment in conformity with this court's opinion. Costs of appeal are taxed against the party incurring same.

Appellee Jo Ann Puente's second motion for rehearing is GRANTED.

SIGNED October 14, 2020.

_Liza A. Rodriguez_
Liza A. Rodriguez, Justice

---

[1] Justice Rebeca C. Martinez has recused herself from this appeal.